```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF HAWAI`I

UNITED STATES OF AMERICA,      )   CR NO. 06-00080 SOM
                               )
          Plaintiff,           )   REPORT AND RECOMMENDATION
     vs.                       )   CONCERNING PLEA OF GUILTY
                               )
SIAOSI ALAPATI (04),           )
                               )
          Defendant.           )
_____)
```

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

      The defendant, by consent, has appeared before me pursuant to Rule 11, Fed.R.Crim.P., and has entered a plea of guilty to Count 2 of the First Superseding Indictment.  After examining the defendant under oath, I determined that the defendant is fully competent and capable of entering an informed plea, that the guilty plea was intelligently, knowingly and voluntarily made, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense.  I further determined that the defendant intelligently, knowingly and voluntarily waived the right to appeal or collaterally attack the sentence except as provided in the plea agreement.  I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

      IT IS SO RECOMMENDED.

GUILTY.R&R-PA

DATED: Honolulu, Hawai`i, April 27, 2006.



                                            _____
                                            Leslie E. Kobayashi
                                            United States Magistrate Judge

**NOTICE**

     **Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).**

U.S.A. vs. SIAOSI ALAPATI; CR NO. 06-00080-04 SOM; REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY